# United States District Court
# Western District of North Carolina
# Statesville Division

| Audra Houpe,    | ) | JUDGMENT IN CASE   |
|                 | ) |                    |
| Plaintiff(s),   | ) | 5:18-cv-00049-DSC  |
|                 | ) |                    |
| vs.             | ) |                    |
|                 | ) |                    |
| Nancy A. Berryhill, | ) |                |
|                 | ) |                    |
| Defendant(s).   |   |                    |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2018 Order.

November 30, 2018

*(signature)*

Frank G. Johns, Clerk
United States District Court